IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| TRACIE PATE, | ) |
|---|---|
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 12-00513-KD-C |
| | ) |
| INFIRMARY HEALTH SYSTEMS, INC., | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Infirmary Health Systems, Inc.[1] and against Plaintiff Tracie Pate on all claims and that this action is **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the **17th** day of **September 2013**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Defendant asserts that it has been incorrectly named in the Complaint and that it should be identified as Infirmary Health Hospitals, Inc. d/b/a Infirmary West.